UNITED STATES of America,
Plaintiff–Appellee,

v.

Corey MAXEY, a/k/a Rosedog,
Defendant–Appellant.

No. 08–7152.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 20, 2008.

Corey Maxey, Appellant Pro Se. Sharon Lynn Potter, United States Attorney, Samuel Gerald Nazzaro, Jr., John Castle Parr, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Maxey appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Maxey,* No. 5:98–cr–00014–FPS–2 (N.D.W. Va. June 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*